UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ROBERT ALAN PORTER,<br><br>    Plaintiff,<br><br>v.<br><br>FLORIDA BOY HONEY, LLC and<br>JOSHUA WHITEHEAD<br><br>    Defendants. | COMPLAINT<br><br>Case No: 3:25-cv-00278<br><br>JURY TRIAL DEMANDED<br><br>PERMANENT INJUNCTIVE RELIEF REQUESTED |

## SUMMONS IN A CIVIL ACTION

To: JOSHUA WHITEHEAD

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Michael Kelly, Esq.
300 N. Ronald Reagan Blvd. # 316
Longwood, FL 32750

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

BetsyDavis

Date:   March 17, 2025                             _____
                                                                *Signature of the Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| ROBERT ALAN PORTER,<br><br>　　　Plaintiff,<br><br>v.<br><br>FLORIDA BOY HONEY, LLC and<br>JOSHUA WHITEHEAD<br><br>　　　Defendants. | **COMPLAINT**<br><br>Case No: 3:25-cv-00278<br><br>**JURY TRIAL DEMANDED**<br><br>**PERMANENT INJUNCTIVE RELIEF REQUESTED** |

## SUMMONS IN A CIVIL ACTION

　　　To: FLORIDA BOY HONEY, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Michael Kelly, Esq.
300 N. Ronald Reagan Blvd. # 316
Longwood, FL 32750

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF THE COURT*

Date: March 17, 2025

_____
*Signature of the Clerk or Deputy Clerk*